JOSE DE CARRICARTE, Respondent, *v.* MARIA JOSEFA GARCIA BLANCO DE LASTRES, Appellant.

This case presented the same question and was argued and decided with *de Carricarte* v. *Blanco, ante,* page 230.

The *mem.* of decision is as follows:

" We make the same disposition of this appeal as in the case of *Carricarte* v. *Jose G. Blanco,* argued at the same time herewith.

" The judgment should be reversed and a new trial ordered ; unless the plaintiff consent to reduce his judgment by deducting and striking therefrom three years interest upon the sum of $3,568, found by the referee as the value of his services, in which event, the judgment as thus modified must be affirmed, without costs to either party as against the other upon the appeal to the General Term and to this court."

---

JOHN O'CONNOR, Respondent, *v.* THE NATIONAL ICE COMPANY, Appellant.

(Argued March 21, 1890; decided April 22, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 7, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*E. D. McCarthy* for appellant.

*Alex. Thain* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL and GRAY, JJ., dissenting.
Judgment affirmed.